# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| 6Glennie Alexander Jones | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 617 |
| Sara Lee Baker Group | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice under FRCP 4(m). Case is closed.

*DOCKETED JUL 13 2004*

Michael W. Dobbins, Clerk of Court

Date: 7/12/2004

Patricia McQurter-Figgs, Deputy Clerk

